UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA 02664
    Defendants

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

I, Bradford N. Louison, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution

_____
Intercity Alarms, Inc.

_____
Bradford N. Louison
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

1/13/04