# United States District Court

─────────── DISTRICT OF ───────────

PLAINTIFF
Great Northern Ins. Co. as
subrogee of Phyllis MacNeil

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Intercity Alarms, Inc.

CASE NUMBER: 03CV12463RGS

**03 CR 12463 RGS**

V. THIRD PARTY DEFENDANT
John Vose, 188 Gansett Road, Falmouth, MA 02540

TO: (Name and address of Third Party defendant)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Roy P. Giarrusso, Esquire<br>Giarrusso, Norton, Cooley & McGlone<br>Marina Bau<br>308 Victory Road<br>Quincy, MA 02171 | Bradford N. Louison, Esquire<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

TONY ANASTAS
CLERK

DATE 1/12-04

(BY) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 26, 2004 at 1:38 PM** I served a true and attested copy of Third-Party Summons, Third-Party Complaint Civil Action Cover Sheet & Category Sheet, to the within named Defendant, John Vose, by leaving at the last and usual abode to wit: 188 Gansit Road, Falmouth, MA 02540 and by mailing 1st class a copy of the summons to the Defendant at the stated address on January 26, 2004.

Fee:    $49.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**MERRICK, LOUISON & COSTELLO, LLP**
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

February 5, 2004

Clerk of the Court
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:  **Great Northern Ins. Co. as subrogee of Phyllis MacNeil v. Intercity Alarms, Inc.**
     **U.S. District Court C.A. No: 03CV12463RGS**

Dear Sir/Madam:

Enclosed herewith for filing, relative to the above-entitled matter, please find the Third Party Summons with Return of Service of John Vose.

Thank you for your attention to this matter.

Very truly yours,

Bradford N. Louison

BNL/mob
Enclosure

cc:  Roy P. Giarrusso, Esquire