IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE :
CO., as subrogee of PHYLLIS
MACNEIL, :
 :
       Plaintiff, :
 :
v. :   C.A. No.: 03-CV-12463-RGS
 :
INTERCITY ALARMS, INC., :
 :
       Defendant and :
       Third-Party Plaintiff, :
 :
v. :
 :
JOHN VOSE, :
 :
       Third-Party Defendant. :

[Filing fee paid stamp: RECEIPT #53684, AMOUNT $50.00, BY DPTY CLK, DATE 2/10/04]

## MOTION FOR ADMISSION OF
## JOHN R. SLATTERY, PRO HAC VICE

Now comes Plaintiff, GREAT NORTHERN INSURANCE CO., as subrogee of PHYLLIS MACNEIL, by and through its local counsel, Roy P. Giarrusso of Giarrusso, Norton, Cooley & McGlone, P.C. and hereby moves, pursuant to Local Rule 83.5.3(b), for an order permitting attorney John R. Slattery from the law office of Cozen O'Connor in Philadelphia, Pennsylvania to practice before this Court *Pro Hac Vice* in the above-captioned matter on behalf of the Plaintiff.

In support of its motion the Plaintiff states the following:

1.    Attorney Slattery is a member in good standing of the highest court in Pennsylvania.

2.    Attorney Slattery has an existing attorney/client relationship with the Plaintiff, Great Northern Insurance Co., which involves specialized knowledge of the issues being

presented in the present lawsuit.

3. Admission of Attorney Slattery would foster the efficient use of the client's and court's resources in this case.

4. The undersigned has been a member in good standing of the bar of Massachusetts since June, 1987 and a member admitted to practice before this Court since February, 1988 and will be associated with Attorney Slattery in the prosecution of this action.

5. Attorney Slattery has been provided with the Local Rules of this Court and has familiarized himself with these Rules (See Affidavit attached hereto).

Wherefore, the Plaintiff respectfully requests that this Honorable Court allow its motion and admit attorney John R. Slattery *Pro Hac Vice*.

Respectfully submitted,
GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
By its attorneys,

_____
Roy P. Giarrusso, BBO #549470
Christine Kelley Tramontana, BBO #644849
GIARRUSSO, NORTON, COOLEY
  & MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

Dated: 2/3/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE
CO., as subrogee of PHYLLIS
MACNEIL,

    Plaintiff,

v.

INTERCITY ALARMS, INC.,

    Defendant and
    Third-Party Plaintiff,

v.

JOHN VOSE,

    Third-Party Defendant.

C.A. No.: 03-CV-12463-RGS

## AFFIDAVIT OF A. JOHN R. SLATTERY

I, John R. Slattery, Esquire, being duly sworn, depose and say:

1. I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania on November 10, 2003.

2. I am currently a n associate of the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth of Pennsylvania, having an Attorney Identification No.91504. A copy of my Certificate of Good Standing is attached hereto as Exhibit "A".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the Commonwealth of Pennsylvania or any other state.

5. My client has specifically requested that I represent its interests in this matter.

6. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

7. If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts state bar in all respects as if I were regularly admitted and a licensed member of the Bar of the Commonwealth of Massachusetts in good standing.

8. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the bar of Massachusetts in good standing.

9. I am associated and have personally appearing with me in these proceedings, Roy P. Giarrusso, Esquire, an attorney who is duly and legally admitted to practice in both the Commonwealth of Massachusetts and the United States District Court for Massachusetts, and upon whom service may be had in all matters connected with the above-captioned case, to any disciplinary matter arising out of same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

2

10. I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

_____
JOHN R. SLATTERY

Sworn to before me on this
___ day of January, 2004

_____
Notary Public

NOTARIAL SEAL
DIANE M. MELLON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 3, 2006

3