UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN 55402
        Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA 02664
        Defendant

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1D of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties hereby certify that they have conferred for the purpose of:

(1) preparing an agenda of matters to be discussed at the scheduling conference;

(2) preparing a proposed joint discovery plan and motion schedule;

(3) considering whether to consent to trial by magistrate judge.

Undersigned counsel hereby state that they have prepared an agenda for the scheduling conference and have set forth below a joint discovery plan and motion schedule.

### SETTLEMENT PROPOSAL

The undersigned counsel hereby certify that the plaintiff's counsel has provided a written settlement proposal to defense counsel.

## JOINT DISCOVERY AND MOTION SCHEDULE

| Date | Activity |
|---|---|
| February 16, 2004 | All automatic disclosures made. |
| March 15, 2004 | Written discovery to be filed and answers/responses are to be filed within the time provided by the rules. |
| March 30, 2004 | The parties shall join other parties, if any. |
| August 30, 2004 | Depositions to be completed, except Expert witnesses. |
| September 30, 2004 | Plaintiffs' expert witnesses, if any, to be designated. |
| October 30, 2004 | Defendants' expert witnesses, if any, to be designated. |
| November 30, 2004 | Dispositive motions to be filed. |
| | Responses to motions to be filed in accordance with Court rules. |

A final pre-trial conference will be held per order of the Court.

### Other Issues

1. The plaintiff intends to take approximately five (5) depositions. The defendant intends to take approximately three (3) depositions.

2. The plaintiff will/will not consent to trial by Magistrate Judge. The defendant will/will not consent to trial by Magistrate Judge.

3. The parties will discuss whether this matter should proceed to private mediation prior to taking expert depositions.

| Plaintiff<br>By its attorney, | Defendant<br>By its attorney, |
|---|---|
| The Plaintiff,<br>by its Attorney,<br><br>_____<br>Roy P. Giarrusso (BBO #549470)<br>Giarrusso, Norton, Cooley & McGlone, P.C.,<br>Marina Bay, 308 Victory Road<br>Quincy, MA 02171<br>(617) 770-2900 | The Defendant,<br>by its Attorney,<br><br>_____<br>Bradford N. Louison (BBO#305755)<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

# GIARRUSSO, NORTON, COOLEY & McGLONE, P.C.

COUNSELLORS AT LAW

MARINA BAY
308 VICTORY ROAD
QUINCY, MASSACHUSETTS 02171
TEL: (617) 770-2900
FAX: (617) 773-6934

CHRISTINE KELLEY TRAMONTANA
ctramontana@gncm.net

February 18, 2004

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:   Great Northern Insurance Co. v. Intercity Alarms, Inc.
      U.S.D.C. Civil Action No.: 03-12463-RGS

Dear Sir or Madam:

In accordance with the Notice of Scheduling Conference, enclosed for filing please find the parties' Joint Statement.

Thank you for your attention to this matter.

Very truly yours,

Christine Kelley Tramontana

CKT/klb
Enc.

cc:  A. Richard Bailey, Esq.
     Bradford Louison, Esq.

*Boston Office:* TEN POST OFFICE SQUARE, SUITE 615, BOSTON, MA 02109

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARO-BOSTON COMMONWEALTH, LLC<br>and GARY S. ROTHKOPF,<br><br>            Plaintiffs,<br>vs.<br><br>TJ&W RESIDENTIAL, INC.,<br>WILLIAM FOSTER, LINDA FOSTER and<br>FOOTHILL CAPITAL CORPORATION,<br><br>            Defendants. | CIVIL ACTION NO. 02-10538-RGS |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to L.R. 83.5.2(c), Douglas B. Otto, of Morrison, Mahoney & Miller, LLP, hereby moves to withdraw the appearance of co-counsel, Lisa Davis George from the above-captioned action. Douglas B. Otto will continue to represent the Plaintiffs, Garo-Boston Commonwealth, LLC and Gary S. Rothkopf, in the above-captioned matter. Lisa Davis George is no longer with Morrison, Mahoney & Miller, LLP.

GARO-BOSTON COMMONWEALTH, LLC
and GARY S. ROTHKOPF,

By their Attorney,

Douglas B. Otto (BBO# 555269)
**MORRISON, MAHONEY & MILLER, LLP**
250 Summer Street
Boston, MA 02210
(617) 737-8873

Dated: 2/18/04

1062194v1

# MORRISON, MAHONEY & MILLER, LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Douglas B. Otto
Direct Phone: 617-737-8873
Direct Fax: 617-342-4970
dotto@mail.mm-m.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

February 18, 2004

Clerk of the Court
United States District Court
District of Massachusetts
One Courthouse Way – Rm 2300
Boston, MA 02210

Re:   **Garo-Boston Commonwealth, LLC, et al. v. TJ&W Residential, Inc., et al.,
Civil Action No: 02-10538-RGS
Our File Number: 10008607**

Dear Sir/Madam:

Enclosed for docketing and filing in connection with the above-named matter, please find Notice of Withdrawal.

Thank you for your kind assistance in this regard.

Very truly yours,

Douglas B. Otto

DBO:djm
Enclosure
cc:   Michael R. Gottfried, Esquire
      Gary S. Rothkopf

1059217v1