UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
        Plaintiff

v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
        Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
        Third Party Defendant

## JOINT REPORT

Now come the parties and report the following:

1. Both counsel for both parties would agree to scheduling mediation with the mediation service of the U.S. District Court in Boston with Judge Mazzone.

2. The plaintiff's attorney would like to conduct two further depositions of the fire department or fire investigators who investigated the fire which is the subject matter of this action. The plaintiff would like until the end of July 2004 to conduct the depositions. Counsel for the defendants is already getting fairly "booked up" in July and would ask that depositions be allowed to be conducted until the end of August, 2004 and, thereafter, a mediation be set.

3. Reports from liability expert are needed prior to the mediation, and those reports cannot be completed until the depositions of the fire investigators are conducted.

| Plaintiff,<br>by her attorney,<br><br>_R. Bailey / BM_<br>A. Richard Bailey, BBO#<br>Cozen O'Connor, Attorneys<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>(215) 665-2040 | Defendant, Intercity Alarms, Inc.<br>by its attorneys,<br><br>_[signature]_<br>Bradford N. Louison BBO# 305755<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |
|---|---|

## CERTIFICATE OF SERVICE

I, Bradford N. Louison, hereby certify that on the 1st day of July, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

_[signature]_
Bradford N. Louison

P:\MacNeil Intercity Alarms\Joint Report.wpd