UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Great Northern Ins.*
Plaintiff(s)

v.

*Intercity Alarms;*
Defendant(s)

*John Vose*

CIVIL ACTION
NO. 03-12463 RGS

### ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to __A. DAVID MAZZONE USDJ__ for the following ADR program:

- ____ EARLY NEUTRAL EVALUATION
- __X__ MEDIATION *
- ____ MINI-TRIAL
- ____ SUMMARY JURY TRIAL
- ____ SETTLEMENT CONFERENCE
- ____ SPECIAL MASTER
- ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

7/27/04
DATE

*Richard D. Stearns*
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | __X__ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | | |
| Other | _____ | | |

(adrrefl.ord - 4/29/94)    [orefadr.]

* *Mediation to be held after August 31, 2004.*