

| | | |
|---|---|---|
| PHILADELPHIA | **COZEN** | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | | WASHINGTON, DC |
| LAS VEGAS | ATTORNEYS | WEST CONSHOHOCKEN |
| LONDON | | WICHITA |
| LOS ANGELES | | WILMINGTON |

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

August 5, 2003

A. Richard Bailey
Direct Phone 215.665.2040
Direct Fax    215.701.2040
abailey@cozen.com

Intercity Alarms
22 White's Path
South Yarmouth, MA  02664
Attention:  Ridgway Crouch, President

Re:    148 Gannsett Road
       Woods Hole, MA
       Account No.:  5080450
       Date of Fire:  January 22, 2003
       Our File No.:  133717

Dear Mr. Crouch:

I represent Chubb Insurance Company, the property insurer for the above property (owned by Phyllis MacNeil) that was destroyed in a fire that occurred on January 22, 2003.

I am in receipt of a copy of your letter dated April 16, 2003 to Bruce MacNeil, son of Phyllis MacNeil, together with attachments.

I have reviewed the Proposal dated July 11, 1983. I would appreciate it if you would send to me all signed Contracts, addendums, supplements and/or renewals for the alarm system which you may have in your possession.

I would also appreciate receiving a complete list of all equipment that was installed in the MacNeil home providing the identity of the manufacturer, the date of installation together with all diagrams indicating the location of all said equipment.

Please provide confirmation that all smoke/heat detectors were "hardwired".

Finally, please provide documentation indicating when the alarm system was inspected in accordance with the National Fire Protection Association Code.

August 5, 2003
Page 2

_____

I would also appreciate it if you would send to me a copy of the Central Station Activity Reports for the years 2001 and 2002 as well as the Activity Reports from January 1, 2003 through and including the date of the fire.

All such central station activity reports currently in your possession should be maintained for future review.

Your help and cooperation in this matter is appreciated.

Sincerely,

COZEN O'CONNOR

By:   A. Richard Bailey

ARB/jd