UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
        Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664
        Defendant

ORDER


       AND NOW, this ____ day of _____, 2004, upon consideration of Plaintiff's Motion to Determine the Sufficiency of Defendant's Responses to plaintiff's Requests for Admissions, it is hereby ORDERED and DECREED that Plaintiff's Request for Admissions are deemed admitted, or in the alternative, Defendant, Intercity Alarms, Inc. shall more fully respond to plaintiff's Request for Admissions by January ____, 2005.


                                                              _____
                                                                             J.