


PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

April 29, 2004

A. Richard Bailey
Direct Phone 215.665.2040
Direct Fax    215.701.2040
abailey@cozen.com

**VIA FACSIMILE**

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110

Re:   Great Northern Insurance Company v. Intercity Alarms
      Date of Loss: 1/22/03
      Your Claim No.: 863369-48
      U. S. District Court No. 03-CV-12463 (RGS)
      Our File No.: 133717

Dear Brad:

I acknowledge receipt of your letter dated April 26, 2004 enclosing Intercity Alarms, Inc.'s Response to Plaintiff's First Set of Requests for Admissions.

Responses to Request No. 2, 3, 5, 6, 7, 8, 9, 10 and 11 state that "defendant cannot admit or deny . . . as no one employed with the defendant has personal knowledge of the facts requested to be admitted or denied."

Rule 36(a) relative to Requests for Admissions state in pertinent part:

> "An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless the party states that the party has made reasonable inquiry and that the information known or readily obtainable by the party is insufficient to enable the party to admit or deny."

It certainly appears that Intercity Alarms needs to do more than just deny the Requests for Admissions indicated above, relying on its lack of personal knowledge. Intercity needs to make a reasonable investigation, or state that it has contrary knowledge or information. If Intercity has

Bradford N. Louison, Esquire
Page 2

---

an independent cause and origin expert, for example, that has different facts or opinions, that could be asserted in Response to these Requests.

You may recall our conversation during or just after the Pre-Trial Conference that the purpose of these Requests for Admission is to obviate the need to take the depositions of the investigating fire personnel. I am trying to establish by way of these Requests for Admission how the fire started, where it started and that the fire was not detected by the smoke detectors. I understood Intercity Alarms had no concerns about these facts since it is defending this matter based upon the belief that Intercity Alarms had no duty to advise the MacNeils that the smoke detectors should be tested and/or replaced, etc.

As you know, the Court rules require counsel to try to resolve discovery disputes before bringing those disputes before the Court. I would therefore ask that you review your Responses and advise whether or not you will amend and/or change those Responses.

I look forward to hearing from you concerning the above.

Very truly yours,

COZEN O'CONNOR

By:   A. Richard Bailey

ARB/jd

## Confirmation Report – Memory Send

Page          : 001
Date & Time:  Apr-29-04  03:52pm
Line 1        : 215-665-2013
Line 2        :
Machine ID    : Cozen O'Connor

| | | |
|---|---|---|
| Job number | : | 185 |
| Date | : | Apr-29 03:40pm |
| To | : | ☎24#133717#0#916174390325 |
| Number of pages | : | 003 |
| Start time | : | Apr-29 03:50pm |
| End time | : | Apr-29 03:52pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number   : 185            *** SEND SUCCESSFUL ***

PHILADELPHIA   ATLANTA   CHARLOTTE   CHERRY HILL   CHICAGO   DALLAS   DENVER   LAS VEGAS   LONDON   LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS
A PROFESSIONAL CORPORATION

NEWARK   NEW YORK   SAN DIEGO   SAN FRANCISCO   SEATTLE   TRENTON   WASHINGTON, DC   WEST CONSHOHOCKEN   WICHITA   WILMINGTON

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

### FACSIMILE

FROM: A. Richard Bailey
SENDER'S PHONE: 215.665.2040
# OF PAGES (INCLUDING COVER): 3
DATE: April 29, 2004

TIMEKEEPER NO.: 24
SENDER'S FAX: 215.701.2040
FILE NAME: MacNeil
FILE #: 133717

| RECIPIENT(S) | PHONE | FAX |
|---|---|---|
| Bradford N. Louison, Esquire | 617-439-0305 | 617-439-0325 |

MESSAGE:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL 215.665.2000 or 800.523.2900 IMMEDIATELY.
THIS TRANSMISSION IS ALSO BEING SENT VIA:
  __ Regular Mail
  __ Certified Mail
  __ Hand Delivery
  __ Overnight Mail
  __ Federal Express

NOTICE
The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please return this transmission to us at the above address by mail. We will reimburse you for postage. In addition, if this communication was received in the U.S., please notify us immediately by phoning and asking for the Fax Center.

FAXED BY _____
CONFIRMED BY _____
PACKAGED BY _____