## MERRICK, LOUISON & COSTELLO, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

May 3, 2004

A. Richard Bailey
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Re:   **My Client:**         **Inter-City Alarm**
      **Our Claim No:**      **863369-48-Scottsdale Ins. Co.**
      **Your Claim No:**     **133717**

Dear Mr. Bailey:

Thank you for your letter of April 29, 2004, with regards to my response to your request for admissions of fact. I think that those requests for admissions that my client stated it could not answer are really not appropriate subject matters for admissions. I do not think that it is appropriate to ask the defendant to admit or deny the truth of the fire departments determination of the cause of the fire, etc. I do not think that it is appropriate for you to ask my client to admit or deny the truth of what John Vose did or saw the day of the fire. It is my intention to depose John Vose After his deposition, there may be facts considerably different from those set forth in the Fire Department's report. The deposition of Vose and the plaintiff will constitute the "reasonable inquiry" and you may wish to reassert these requests for admissions at the conclusion of discovery. However, at this time, I stand by the response as indicated.

Please let me know if you wish to file a motion to compel. If so, I will seek a protective order form responding to these admissions pending the conclusion of discovery. In any event, I look forward to seeing when we get these two depositions rescheduled.

Thank you for your attention to this matter.

Very truly yours,

Bradford N. Louison