

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

October 5, 2004

**A. Richard Bailey**
Direct Phone 215.665.2040
Direct Fax   215.701.2040
abailey@cozen.com

**VIA FACSIMILE**

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110

Re:   Great Northern Insurance Company v. Intercity Alarms
      Date of Loss:  1/22/03
      Your Claim No.: 863369-48
      Our File No.: 133717

Dear Brad:

In reviewing my file, I note that we never resolved the issue of whether Intercity Alarms properly responded to plaintiff's Request for Admissions. I am enclosing to you a copy of your letter dated May 3, 2004 which is self-explanatory.

In view of the fact that you have completed the deposition of John Vose and the deposition of Intercity's Rule 30(b)(6) representatives have been completed as well as the deposition of Deputy Chief Glen Rogers, please advise whether you intend to respond to plaintiff's Request for Admissions. I need your responses. Please let me hear from you within the next week.

Very truly yours,

COZEN O'CONNOR

By:   A. Richard Bailey

ARB/jd
Enclosure

**MERRICK, LOUISON & COSTELLO, LLP**
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

May 3, 2004

A. Richard Bailey
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Re:  My Client:      **Inter-City Alarm**
     Our Claim No:   863369-48-Scottsdale Ins. Co.
     Your Claim No:  133717

Dear Mr. Bailey:

Thank you for your letter of April 29, 2004, with regards to my response to your request for admissions of fact. I think that those requests for admissions that my client stated it could not answer are really not appropriate subject matters for admissions. I do not think that it is appropriate to ask the defendant to admit or deny the truth of the fire departments determination of the cause of the fire, etc. I do not think that it is appropriate for you to ask my client to admit or deny the truth of what John Vose did or saw the day of the fire. It is my intention to depose John Vose. After his deposition, there may be facts considerably different from those set forth in the Fire Department's report. The deposition of Vose and the plaintiff will constitute the "reasonable inquiry" and you may wish to reassert these requests for admissions at the conclusion of discovery. However, at this time, I stand by the response as indicated.

Please let me know if you wish to file a motion to compel. If so, I will seek a protective order form responding to these admissions pending the conclusion of discovery. In any event, I look forward to seeing when we get these two depositions rescheduled.

Thank you for your attention to this matter.

Very truly yours,

Bradford N. Louison

Confirmation Report - Memory Send

```
                              Page         : 001
                              Date & Time: Oct-05-04  03:22pm
                              Line 1       : 215-665-2013
                              Line 2       :
                              Machine ID : Cozen O'Connor
```

| | | |
|---|---|---|
| Job number | : | 831 |
| Date | : | Oct-05 03:20pm |
| To | : | ☎24#133717#0#16174390325 |
| Number of pages | : | 003 |
| Start time | : | Oct-05 03:20pm |
| End time | : | Oct-05 03:22pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 831              *** SEND SUCCESSFUL ***

PHILADELPHIA · ATLANTA · CHARLOTTE · CHERRY HILL · CHICAGO · DALLAS · DENVER · LAS VEGAS · LONDON · LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS
A PROFESSIONAL CORPORATION

NEWARK · NEW YORK · SAN DIEGO · SAN FRANCISCO · SEATTLE · TRENTON · WASHINGTON, DC · WEST CONSHOHOCKEN · WICHITA · WILMINGTON

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215 665.2013 FAX    www.cozen.com

**FACSIMILE**

| | |
|---|---|
| FROM: A. Richard Bailey | TIMEKEEPER NO.: 24 |
| SENDER'S PHONE: 215.665.2040 | SENDER'S FAX: 215.701.2040 |
| # OF PAGES (INCLUDING COVER): 3 | FILE NAME: MACNEIL |
| DATE: October 5, 2004 | FILE #: 133717 |

| RECIPIENT(S) | PHONE | FAX |
|---|---|---|
| Bradford N. Louison, Esquire | 617-439-0305 | 617-439-0325 |

MESSAGE:

OCT 5 '04 PM 3:23

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL [215.665.2000] or [800.523.2900] IMMEDIATELY.
THIS TRANSMISSION IS ALSO BEING SENT VIA:
☐ Regular Mail
☐ Certified Mail
☐ Hand Delivery
☐ Overnight Mail
☐ Federal Express
☐ E-Mail

FAXED BY
CONFIRMED BY
PACKAGED BY

NOTICE
The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please return this transmission to us at the above address by mail. We will reimburse you for postage. In addition, if this communication was received in the U.S., please notify us immediately by phoning and asking for the Fax Center.