PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES



COZEN
O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION



NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

November 23, 2004

A. Richard Bailey
Direct Phone 215.665.2040
Direct Fax   215.701.2040
abailey@cozen.com

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110

Re:   Great Northern Insurance Company v. Intercity Alarms
      Date of Loss: 1/22/03
      Your Claim No.: 863369-48
      Our File No.: 133717

Dear Brad:

In view of the fact that the mediation was unsuccessful, I want you to revisit the issue of responding to plaintiff's Requests for Admissions. Unless I hear from you to the contrary, I plan to file an appropriate motion with the Court asking that the Court review the Requests and your reasons for not responding. I want to make sure that the Court is aware that we have discussed this matter, that we are unable to resolve it ourselves and that a motion is necessary.

I also believe that Judge Stearns' standing Order may require a telephone conference call prior to the filing of the actual motion. I will check into that issue and advise you accordingly.

Very truly yours,

COZEN O'CONNOR

By:   A. Richard Bailey

ARB/jd