April 16, 2003

Bruce M. MacNeil
Ark-Les Corporation
95 Mill Street
PO Box 686
Stoughton, MA 02072

Dear Mr. MacNeil,

I am happy to provide the information you requested regarding the fire at your mother's home in January. Let me give a complete chronology of our records:

7/11/83   Installed system with FBI 1272 alarm panel, burglar and fire protection.

11/7/95   Replaced Seaboard radio with AES backup wireless radio.

9/21/98   System not resetting. Repaired and tested all signals.

8/17/00   System trouble. Replaced batteries and tested all signals.

11/17/00  Replaced side door contact.

6/28/01   Replaced back door contact.

1/21/03   Received temperature heat monitor alarm. Responded per instructions.

As you can see from the history report, the system tested in to our Central Station every day, so the alarm panel was able to communicate signals. We did not receive a signal from the smoke detectors, but did receive a signal from the low-temperature detectors. It is safe to assume that the smoke detectors at the location failed to operate.

Please contact me if I can be of further assistance.

Sincerely,


Ridgway Crouch
President
Intercity Alarms