UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREET NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
    Plaintiff

v.

INTERCITY ALARMS, INC.
    Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
    Third Party Defendant

### AFFIDAVIT IN SUPPORT OF THE DEFENDANT INTERCITY ALARMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Bradford N. Louison. I am the attorney for the defendant and the moving party, Intercity Alarms, Inc.

2. The documents attached to the motion as exhibits are true copies of the originals.

Signed under the pains and penalties of perjury this ___ day of _____, 2004.

                                               Bradford N. Louison (BBO# 305755)
                                             Merrick, Louison & Costello, LLP
                                             67 Batterymarch Street
                                             Boston, MA 02110
                                             (617) 439-0305

## CERTIFICATE OF SERVICE

    I, Bradford N. Louison, hereby certify that on the ___1st___ day of ___Dec.___, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

                                                                       _/s/ Bradford N. Louison_
                                                                       Bradford N. Louison

P:\MacNeil Intercity Alarms\Mot for Partial SJ.wpd