# EXHIBIT A



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

September 27, 2004

A. Richard Bailey
Direct Phone 215.665.2040
Direct Fax   215.701.2040
abailey@cozen.com

**VIA FACSIMILE**

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110

Re:    Great Northern Insurance Company v. Intercity Alarms
       Date of Loss: 1/22/03
       Your Claim No.: 863369-48
       Our File No.: 133717

Dear Brad:

I am in receipt of a copy of your letter dated September 20, 2004 directed to the Clerk of the Court enclosing defendant's Motion to Amend Scheduling Order.

In the subject motion, you stated that "... there was no provision made at the initial Scheduling Hearing for a time to file Summary Judgment."

The Joint Proposed Scheduling Order does provide that all dispositive motions are to be filed on or before November 30, 2004. According to a conversation between my paralegal, Diane Adamchak and Judge Stern's office, we were advised to follow the dates contained in the Proposed Joint Scheduling Order. It would therefore suggest that any such Motions for Summary Judgment should be filed on or before November 30, 2004.

I would also appreciate it if you would forward to me a copy of any "contract" which you believe existed between Intercity Alarms and the MacNeils which you state may be a basis for a Summary Judgment Motion.

As far as filing a Motion for Summary Judgment arguing proximate causation, I believe that any such issue would be for a jury to decide and not for the Court.

Bradford N. Louison, Esquire
Page 2

---

I am still trying to get Chubb Insurance Company to provide to me the last details of the adjustment. Hopefully, I will have that within the next week or so.

Very truly yours,

COZEN O'CONNOR

By:    A. Richard Bailey

ARB/jd