# EXHIBIT B

## MERRICK, LOUISON & COSTELLO, LLP
### ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com



December 17, 2004

Clerk of the Court
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: **Great Northern Ins. Co. as subrogee of Phyllis MacNeil v. Intercity Alarms, Inc.**
U.S. District Court C.A. No: 03CV12463RGS

Dear Sir/Madam:

Enclosed please find the following for filing in reference to the captioned matter.

- Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment.

- Defendant Intercity Alarms, Inc.'S Memorandum of Law in Support of its Motion for Partial Summary Judgment.

- Affidavit in Support of the Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment.

- Defendant Intercity Alarms, Inc.'S Concise Statement of Facts in Support of the Motion for Partial Summary Judgment.

Thank you for your attention to this matter.

Very truly yours,

Bradford N. Louison

Enclosure
cc: A. Richard Bailey, Esquire
Roy P. Giarrusso, Esquire
John Vose
Cathy Gilcrest