UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
        Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664

        Defendant

## **O R D E R**

AND NOW, this ___ day of December, 2004, upon consideration of Plaintiff's Motion for an Extension of Time to File a Motion in Opposition to Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment, it is hereby ORDERED and DECREED that Plaintiff may file a Motion in Opposition to Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment on or before January 14, 2005.

                                                                                J.