UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff

v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
    Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
    Third Party Defendant

## DEFENDANT INTERCITY ALARMS, INC.'S MOTION TO CONTINUE TRIAL DATE

    The defendant Intercity Alarms moves the court to reschedule the trial date which is currently set for Monday, April 4, 2005.

    As reasons therefore, the defendant says that an employee of the insured by the name of Kent Elliot, who has the most information with regards to the plaintiff's allegations and the defenses has a previously scheduled family vacation out of state from April 4, 2005 to April 14, 2005.

    Wherefore, the defendant moves the court to reschedule the trial date for any date after April 14, 2005.

                                             The Defendant,
                                             INTERCITY ALARMS, INC.
                                             by its attorney,

                                             /s/ Bradford N. Louison
                                             Bradford N. Louison (BBO# 305755)
                                             Merrick, Louison & Costello, LLP
                                             67 Batterymarch Street
                                             Boston, MA 02110
                                             (617) 439-0305

## CERTIFICATE OF SERVICE

     I, Bradford N. Louison, hereby certify that on the 29th day of December, 2004, I served the foregoing by causing a copy to be electronically and regularly mailed, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

                                             /s/ Bradford N. Louison
                                             Bradford N. Louison