IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN -5 P 1:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

GREAT NORTHERN INSURANCE CO., as subrogee of PHYLLIS MACNEIL,

Plaintiff,

v.

INTERCITY ALARMS, INC.,

Defendant and
Third-Party Plaintiff,

v.

JOHN VOSE,

Third-Party Defendant.

C.A. No.: 03-CV-12463-RGS

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Christine Kelley Tramontana, Giarrusso, Norton, Cooley & McGlone, P.C., 308 Victory Road, Quincy, MA 02171 as counsel for the plaintiff in the above-captioned matter. Attorney Roy P. Giarrusso shall remain as counsel for the plaintiff in this matter.

GREAT NORTHERN INSURANCE CO.
By its attorneys,

Dated: January 4, 2005

Roy P. Giarrusso BBO# 549470
Christine Kelley Tramontana BBO# 644849
GIARRUSSO, NORTON, COOLEY
& MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

John R. Slattery (KPG)

A. Richard Bailey
John R. Slattery
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2040
*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I, Roy P. Giarrusso, hereby certify that I have this day served a copy of the within on the defendant by causing a copy thereof to be mailed, by first-class mail, postage prepaid to its attorney, Bradford Louison, Esq., Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110.

Roy P. Giarrusso

DATED: January 4, 2005