IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE  
CO., as subrogee of PHYLLIS MACNEIL,

    Plaintiff,

v.                                                          C.A. No.: 03-CV-12463-RGS

INTERCITY ALARMS, INC.,

    Defendant and  
    Third-Party Plaintiff,

v.

JOHN VOSE,

    Third-Party Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearance of Curtis A. Connors of Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Road, Quincy, MA 02171, as counsel to the plaintiff, Great Northern Insurance Company, in the above-captioned matter.

                                                       GREAT NORTHERN INSURANCE CO.  
                                                       By its attorneys,

Dated: January 4, 2005

Roy P. Giarrusso, BBO# 549470  
Curtis A. Connors, BBO# 630288  
GIARRUSSO, NORTON, COOLEY &  
  MCGLONE, P.C.  
Marina Bay  
308 Victory Road  
Quincy, MA 02171  
(617) 770-2900

_John R. Slattery (pc)_
A. Richard Bailey
John R. Slattery
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2040
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I, Roy P. Giarrusso, hereby certify that I have this day served a copy of the within on the defendant by causing a copy thereof to be mailed, by first-class mail, postage prepaid to its attorney, Bradford Louison, Esq., Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110.

                                      Roy P. Giarrusso

DATED: January 4, 2005