UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
       Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664
       Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT INTERCITY ALARMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Great Northern Insurance Co., as subrogee of Phyllis MacNeil, through its undersigned counsel, hereby answers and opposes Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment, and, on the basis of the facts and authorities set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests this Honorable Court to deny Defendant's Motion.

       Respectfully submitted,

       GIARUSSO, NORTON, COOLEY
       & McGLONE, P.C.

BY:   s/ Curtis A. Connors
       Roy P. Giarusso, Esquire (BBO #549470)
       Curtis A. Connors, Esquire (BBO #630288)
       Giarusso, Norton, Cooley, & McGlone, P.C.
       Marina Bay
       308 Victory Road
       Quincy, MA   02171
       Telephone:  (617) 770-2900

OF COUNSEL:

A. Richard Bailey, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

(215) 665-2040

## CERTIFICATE OF SERVICE

I, Curtis A. Connors, attorney for plaintiff herein, certify that I served electronically a copy of the foregoing Opposition To Defendant Intercity Alarms, Inc.'s Motion for Partial Summary Judgment, to the following on the 14th day of January, 2005:

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, MA   02110
COUNSEL FOR DEFENDANT, INTERCITY ALARM

BY:   s/ Curtis A. Connors
Curtis A.  Connors, Esquire

2