# EXHIBIT E

**EXHIBIT**
4 Elliot
6-25-04

5080480 / 6711245

# intercity Alarms

FILE
4942
JOB WORK ORDER

MAIN OFFICES 22 White's Path • So. Yarmouth, MA 02664
Telephone (508) 394-1331 (800) 872-9823
SERVICING MARTHA'S VINEYARD, NANTUCKET AND RHODE ISLAND

| TRANSMITTER NO. | PHONE | A/R# | DATE OF ORDER |
|---|---|---|---|
| 5090498 | 1-508-548-0968 | 00-0431 | 11-07-95 |
| BILL TO | | | ORDER TAKEN BY |
| MACNEIL, NORMAN | | | KE/pab |
| ADDRESS | | | |
| P O BOX 92 | | | |
| CITY | | | |
| WOODS HOLE MA   02543 | | | |
| JOB NAME AND LOCATION | | | |
| 148 Gansett Rd | | | |
| Woods HOle   MA | | | JOB PHONE |

**DESCRIPTION OF WORK:**

REPLACE SEABOARD RADIO WITH A.E.S.

Replaced Radio per Work order
total all O/C

| | | | |
|---|---|---|---|
| | | PROPOSAL PRICE | — |
| | COST | TOTAL MATERIALS | N/C |
| | 2 HOURS | TOTAL LABOR | N/C |
| | | DEPOSIT | |
| SEE OTHER SIDE FOR: TERMS OF PAYMENT / DISCLAIMER OF LIABILITY: | | TAX | |
| DATE COMPLETED 11/8/95 | WORK ORDERED BY | TOTAL DUE | $ — |

CUSTOMER COPY