# EXHIBIT F

**Intercity Alarms**
22 White's Path • South Yarmouth, MA 02664
(508) 394-8900   (800) 872-9823

S Elliot
6-25-04

**JOB WORK ORDER**
WO 5220

**CUSTOMER**
ACCOUNT # 5080450
DATE 8-17-00
JOB NAME: macneil
STREET: 148 Gansett Rd.
CITY: Woods Hole MA

**DESCRIPTION OF WORK**
Trouble

| QTY | PART NO. | DESCRIPTION | TOTAL |
|---|---|---|---|
| 3 | 1270 | | |
| | | 1 in - 1026 | |
| | | 1 in - #1-2 dialer | |
| | | 1 in - radio | |
| | | Put new batteries in panel, dialer and radio tested all equip codes all works ok. I would send her some info on upgrades | |
| | | | 1.50 |

**LABOR AND TRAVEL**
TIME OUT 9:00   TIME IN 9:15   TECHNICIANS 109
TIME OUT 10:30   TRUCK NO. T-3