# EXHIBIT G

# Intercity Alarms
22 White's Path • South Yarmouth, MA 02664
(508) 394-8900     (800) 872-9823

**JOB WORK ORDER**
**WO 6276**

| QTY | PART NO. | DESCRIPTION | TOTAL |
|---|---|---|---|
| 1 | MPI-36 | | |
| 1 | | 3/8 RECESS SWITCH | |

EXHIBIT 6 Elliot 6-25-04

→ 11-20-84 OUT TO SMCS - MacLeod

*WANT'S PANIC BUTTON AT FRONT DOOR OR USE KEYPAD FOR PANIC*

2.84 REG RATE

## CUSTOMER
ACCOUNT # 5080450   DATE 11/17/80   TIME AM/PM
JOB NAME: NORMAN MACNEIL
STREET: 148 GANSETT ROAD
CITY: WOOD HOLES   STATE: MA
PHONE: (508) 548-0968   CONTACT:

ETA   DATE   TIME   AM/PM
ETA   DATE   TIME   AM/PM

## DESCRIPTION OF WORK
INSTALL SIREN

## WORK COMPLETED
INSTALLED INTERNAL SIREN

REPLACED SIDE DOOR SWITCH

FBI 1272

TESTED SIGNALS TO C.S.

## LABOR AND TRAVEL
ODOMETER OUT: 10387   ODOMETER IN: 10388   ODOMETER RETURN:
TIME OUT: 3:30 PM   TIME IN: 4:15 PM   TECHNICIANS: 184
TIME OUT: 6:00 PM   TIME RETURN: PM   TRUCK NO: T-6

| | HOURS | RATE | TOTAL | JOB TOTAL |
|---|---|---|---|---|
| JOB | | | | |
| JOB OT | | | | |
| TRAVEL | | | | TRAVEL TOTAL |
| TRAVEL OT | | | | |
| MILES | OUT | RETURN | TOTAL | RATE | MILES TOTAL |
| | | | | TOTAL | |

SIGNATURE: I hereby acknowledge satisfactory completion of the above described work.
Rufus M. MacNeil
PRINT   DATE