# EXHIBIT H

Case 1:03-cv-12463-RGS   Document 33-9   Filed 01/14/2005   Page 1 of 2

**Intercity Alarms**
22 White's Path • South Yarmouth, MA 02664
(508) 394-8900    (800) 872-9823

EXHIBIT
7  Elliot
6-25-04

**JOB WORK ORDER**
WO 11120

| QTY | PART NO. | DESCRIPTION | TOTAL |
|---|---|---|---|
| ✓ 1 | 9421JP-WH | Contact | |
| | | | |
| | | 1½ hr. | |

**CUSTOMER**
ACCOUNT # 508 0450
DATE 6/23/01
JOB NAME Norman MacNeil
STREET 148 Gansett Rd
CITY Woods Hole, MA
PHONE      CONTACT

ETA  DATE  TIME  AM/PM
ETA  DATE  TIME  AM/PM

**DESCRIPTION OF WORK**
Can't set

**WORK COMPLETED**
Traced out wiring found Back Door middle by the Pano contact wires bad. Had to Redrill Hole and install New contact. Tested All - OK.

**LABOR AND TRAVEL**
ODOMETER OUT 29313
ODOMETER IN 29343
ODOMETER RETURN
TIME OUT 11:00 AM
TIME IN 11:45 AM
TECHNICIANS Briuy
TIME OUT 13:15 PM
TIME RETURN
TRUCK NO. T-70

| | HOURS | RATE | TOTAL | JOB TOTAL |
|---|---|---|---|---|
| JOB | 1.5 | | | |
| JOB OT | | | | |
| TRAVEL | .75 | | | TRAVEL TOTAL |
| TRAVEL OT | | | | |
| MILES | OUT | RETURN | TOTAL | RATE | MILES TOTAL |
| | | | | TOTAL | |

SIGNATURE  I hereby acknowledge satisfactory completion of the above described work.
Customer Not Home.
PRINT      DATE