# EXHIBIT I

```
                                          VOL. 1 - 1
          ORIGINAL                     B. KENT ELLIOT
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------
                                          )
GREAT NORTHERN INSURANCE CO. as           )
subrogee of PHYLLIS MACNEIL,              )
1000 Pillsbury Center                     )
Minneapolis, MN 55402                     )
    Plaintiff,                            )
                                          )
         vs.                              )
                                          )
INTERCITY ALARMS, INC.,                   )
20 North Main Street                      )
Yarmouth, MA 02664                        )
   Defendant/Third-Party Plaintiff,       )
                                          )
         vs.                              )
                                          )
JOHN VOSE,                                )
   Third-Party Defendant.                 )
                                          )
------------------------------------

DEPOSITION OF B. KENT ELLIOT, taken on Friday, June 25, 2004, before June N. Poirier, Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Merrick, Louison & Costello, 67 Batterymarch Street, Boston, Massachusetts, commencing at 9:35 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street
Boston, Massachusetts 02109
(617) 742-6900

```
                                              VOL. 1 - 12
                                              B. KENT ELLIOT
```

1   A.   Yes, within our company.
2   Q.   Are there any divisions within Intercity Alarms,
3        Inc.?
4   A.   No.
5   Q.   You have customers, you install alarm systems,
6        and monitor those systems, and you say you also
7        have wholesale monitoring of other alarm
8        companies' customers?
9   A.   That's correct.
10  Q.   Can you break down the 25,000 customers into how
11       many customers are Intercity Alarm customers
12       where you have installed the actual hardware,
13       meaning, the systems as opposed to just
14       monitoring other alarm companies' customers?
15  A.   I'm not sure.
16  Q.   Can you give me a percentage basis?
17  A.   I would have to say between 8- and 10,000 are
18       our customers.
19  Q.   And the remaining amount is, say -- whatever it
20       is -- 15- to 17,000, Intercity Alarms monitors
21       those alarms systems that have been installed by
22       other companies?
23  A.   Correct.
24  Q.   According to your business card you're located