**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
        Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664

        Defendant

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION IN OPPOSITION TO**
**DEFENDANT INTERCITY ALARMS, INC.'S MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

1. My name is Curtis A. Connors, Esquire, attorney for Plaintiff Great Northern Insurance Company.

2. The documents attached to the motion as Exhibits are true copies of the originals.

Signed under the pains and penalties of perjury this 14th day of January, 2005.

           __s/ Curtis A. Connors__
           Curtis A. Connors (BBO #630288)
           Giarusso, Norton, Cooley, & McGlone, P.C.
           Marina Bay
           308 Victory Road
           Quincy, MA   02171
           Telephone:  (617) 770-2900

Case 1:03-cv-12463-RGS    Document 33-11    Filed 01/14/2005    Page 2 of 2