PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    1-800-523-2900    215.665.2013 FAX    www.cozen.com

FILED
CLERKS OFFICE
2005 JAN 21 P 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

January 19, 2005

John R. Slattery
Direct Phone 215.665.2068
Direct Fax 215.701.2068
jslattery@cozen.com

**VIA FACSIMILE**

United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210
Attention: Mary H. Johnson, Deputy Clerk

Re:  Great Northern Insurance Company v.
     Intercity Alarms, Inc.
     Civil Action No. 03-12463-RGS
     Our File No. 133717

Dear Ms. Johnson:

This firm represents the plaintiff, Great Northern Insurance Company, relative to the above-captioned matter. I am writing to follow up on our conversation of December 18, 2005, wherein you informed me that the Court has not yet ruled on defendant, Intercity Alarms, Inc.'s Motion to Continue Trial Date.

As we are now within three months of trial (scheduled for April 4, 2005), there are witnesses which are from out of state which need to make appropriate arrangements for trial. Any information that the Court could provide would be greatly appreciated.

Respectfully submitted,

COZEN O'CONNOR

*[signature]*

By:  John R. Slattery

JRS/jd

cc(via fax):   Bradford N. Louison, Esquire
               Roy P. Giarrusso, Esquire

PHILA1\2203404\1