UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE

    V.                              CIVIL ACTION NO. 03-12463-RGS

INTERCITY ALARMS

# NOTICE OF HEARING

STEARNS, DJ.                                            FEBRUARY 23, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

## WEDNESDAY , MAY 11 , 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                        RICHARD G. STEARNS
                                                        UNITED STATES DISTRICT JUDGE

                 BY:

                                                        /s/ Mary H. Johnson
                                                          Deputy Clerk

*To be heard:   Deft's Motion for Partial SJ (#23).