## **EXHIBIT A**

I. **Defendant's Witnesses**

1. John F. Burke, Jr., Vice President, The Burke Corporation, 19 Railroad Avenue, Andover, MA 01810, BS Civil Engineering, Villanova University 1984. Construction Superintendent, Commonwealth of Massachusetts Holder of Construction License State of Rhode Island.

2. Thomas Siebert, Siebert & Company, Inc. Insurance Adjusters, appraiser of personal property.

P:\MacNeil Intercity Alarms\Exhibit A - Mot Ext Time.wpd