UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff
v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
    Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
    Third Party Defendant

## THE DEFENDANT'S
## REQUEST FOR VOIRE DIRE OF THE JURY

The Defendant moves this Honorable Court to question the prospective jurors in this matter in the following manner:

1. Have you ever had any dealings with the Defendant Intercity Alarms, Inc. Company or any other problems or claims with any other alarm monitoring company at your home or business?

    The Defendant,
    INTERCITY ALARMS, INC.
    by its attorney,
    /s/ Bradford N. Louison
    Bradford N. Louison (BBO# 305755)
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

**CERTIFICATE OF SERVICE**

      I, Bradford N. Louison, hereby certify that on the 22nd day of September, 2005, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

                                            /s/ Bradford N. Louison
                                            Bradford N. Louison