UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff
v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
    Defendant/Third Party Plaintiff,
v.

JOHN VOSE,
    Third Party Defendant

## DEFENDANT'S WITNESS LIST

1. Patrick Poire, Intercity Alarms, 22 White's Path, South Yarmouth;

2. Kent Elliot, c/o Intercity Alarms, 22 White's Path, South Yarmouth;

3. Ann Millett, Intercity Alarms, 22 White's Path, South Yarmouth;

4. Keeper of Records of Intercity Alarms, 22 White's Path, South Yarmouth; and

5. Szbo, Intercity Alarms, 22 White's Path, South Yarmouth.

6. John Vose, 188 Gansett Road, Falmouth, MA 02540

    The Defendant,
    INTERCITY ALARMS, INC.
    by its attorney,

    /s/ Bradford N. Louison
    Bradford N. Louison (BBO# 305755)
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## **CERTIFICATE OF SERVICE**

      I, Bradford N. Louison, hereby certify that on the 22nd day of September, 2005, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

      /s/ Bradford N. Louison
      Bradford N. Louison