UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff

v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
    Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
    Third Party Defendant

## DEFENDANT'S LIST OF EXHIBIT TO BE OFFERED AT TRIAL

EXHIBIT A:  Intercity Alarms Newsletter Fall, 2003; Intercity Alarms Newsletter Winter, 2002 - 2003; Intercity Alarms Newsletter Summer, 2002; Intercity Alarms Newsletter Winter, 2001 - 2002; Intercity Alarms Newsletter Winter, 2001; Intercity Alarms Newsletter Summer, 2000; Intercity Alarms Newsletter Spring, 2000.

EXHIBIT B:  Plaintiff's Answers to Defendant's Interrogatories.

EXHIBIT C:  Defendant Intercity Alarms' Response to the Plaintiff's First Set of Request for Admissions.

EXHIBIT D:  Statement of Tax Assessment for the Plaintiff's Subrogee.

EXHIBIT E:   Photograph of varnish materials used to refinish the kitchen cabinet (appendix to investigative report of Thomas Klem).

EXHIBIT F:   Investigative findings of Sure Guard Security Systems dated 9/7/04.

EXHIBIT G:   Falmouth Fire Department Smoke Detector Flyer.

EXHIBIT H:   Report of Falmouth Fire Rescue Department from Deputy Rogers dated 1/24/03 with attachments.

EXHIBIT I:   Intercity Alarms Work Order W05220 dated 8/17/02 (Exhibit 3 to the MacNeil Deposition, 6/10/04).

EXHIBIT J:   Intercity Alarms proposal to MacNeil dated 6/30/83.

EXHIBIT K:   National Fire Alarm Code 1996 Edition Sections 2-6.2.

EXHIBIT L:   National Fire Alarm Code 2002 Edition Chapter 10.

EXHIBIT M:   Activity Monitoring Log Intercity Alarms Company for MacNeil's home.

EXHIBIT N:   Fire Investigation Summary Report, Falmouth Fire Department (Exhibit 1 to the Vose Deposition, 6/25/04).

EXHIBIT O:   Exempt Law Headquarters Connection Agreements for Intercity Alarms.

EXHIBIT P:   Zar Wood Stan Consumer Guide.

                                         The Defendant,
                                         INTERCITY ALARMS, INC.
                                         by its attorney,
                                         /s/ Bradford N. Louison
                                         Bradford N. Louison (BBO# 305755)
                                         MERRICK, LOUISON & COSTELLO, LLP
                                         67 Batterymarch Street
                                         Boston, MA 02110
                                         (617) 439-0305

## CERTIFICATE OF SERVICE

    I, Bradford N. Louison, hereby certify that on the 22nd day of September, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.

                                            /s/ Bradford N. Louison
                                            Bradford N. Louison