UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL,
1000 Pillsbury Center
Minneapolis, MN 55402
    Plaintiff

v.

INTERCITY ALARMS, INC.

20 North Main Street
Yarmouth, MA 02664
    Defendant/Third Party Plaintiff,

v.

JOHN VOSE,
    Third Party Defendant

## DEFENDANT'S ESTIMATE OF THE TRIAL

Five days, 9:00 a.m. to 1:00 p.m.

    The Defendant,
    INTERCITY ALARMS, INC.
    by its attorney,

    /s/ Bradford N. Louison
    Bradford N. Louison (BBO# 305755)
    MERRICK, LOUISON & COSTELLO, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

      I, Bradford N. Louison, hereby certify that on the 22nd day of September, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Rd., Quincy, MA 02171; A. Richard Bailey, Cozen O'Connor, Attorneys, 1900 Market St., Philadelphia, PA 19103-3508.


                                                      /s/ Bradford N. Louison
                                                      Bradford N. Louison