UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
       Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664
       Defendant

## UNOPPOSED MOTION FOR A CONTINUANCE

    Plaintiff, Great Northern Insurance Company, by and through its attorneys submits this unopposed Motion for a Continuance, and in support thereof, avers as follows:

    1.    This matter is currently on the Trial List to commence trial on October 3, 2005.

    2.    A. Richard Bailey of Cozen & O'Connor, as trial counsel in this matter, is counsel for Cathedral Church of St. John the Divine and its insurer, Church Insurance Company in a matter currently pending in the United States District Court for the Southern District of New York.

    3.    A. Richard Bailey has been directed to select a jury in the United States District Court for the Southern District of New York before the Honorable Harold Baer in the case of Cathedral Church of St. John the Divine v. Tripp Manufacturing Company, Civil Action No. 04-CIV-6111 (HB) on Thursday, September 29, 2005.

    4.    The trial in the Southern District of New York involves a fire loss at the Cathedral Church of St. John that exceeds 50 million dollars.

    5.    The trial is expected to last through October 14, 2005.

6.      Initially, Judge Baer indicated that the trial would not commence until later in October, but then moved the trial date to September 29, 2005.

7.      The parties in this case jointly agree to the filing of this motion to seek a continuance of the trial.

8.      The parties also request a "Date Certain", moving the trial to the week of November 14, 2005.

WHEREFORE, the parties respectfully request that this Court grant a continuance in this case and such other relief as may be warranted.

Respectfully submitted,

GREAT NORTHERN INSURANCE COMPANY,
as subrogee of Phyllis MacNeil

By Its Attorneys,

 s/ Curtis A. Connors_____
Roy P. Giarrusso (BBO #549470)
Curtis A. Connors (BBO #630288)
GIARRUSSO, NORTON, COOLEY, &
 MCGLONE, P.C
Marina Bay
308 Victory Road
Quincy, MA   02171
(617) 770-2900

OF COUNSEL:
A. Richard Bailey, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2040

**CERTIFICATE OF SERVICE**

I, CURTIS A. CONNORS, attorney for plaintiff herein, certify that a true and correct copy of the foregoing Unopposed Motion Notice for a Continuance, was served via U.S. First Class Mail, postage pre-paid, to the following on the 26th day of September, 2005:

Bradford N. Louison, Esquire
Merrick Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110
COUNSEL FOR DEFENDANT, INTERCITY ALARMS

BY:   s/ Curtis A. Connors

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

                                                  CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN  55402
        Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA  02664
        Defendant

## **ORDER**

        WHEREFORE, in consideration of plaintiff's Unopposed Motion for Continuance of trial;

        IT IS HEREBY ORDER AND DECREED that the current trial date of October 3, 2005 is VACATED and the trial shall commence on _____, 2005.

                                                          _____
                                                          Honorable Richard G. Stearns