UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA #:03 CV 12463 RGS

GREAT NORTHERN INSURANCE CO.
as subrogee of PHYLLIS MACNEIL
1000 Pillsbury Center
Minneapolis, MN 55402
          Plaintiff

v.

INTERCITY ALARMS, INC.
20 North Main Street
Yarmouth, MA 02664

          Defendant

## CERTIFICATION OF COUNSEL

I, John R. Slattery, Esquire, certify as follows:

1. I am an associate with the firm, Cozen O'Connor, attorneys for plaintiff in the above-captioned action, and I am familiar with all the facts and circumstances in this action. I make this Certification in support of Plaintiff's Motion to Take the Video Deposition of Phyllis MacNeil for Trial Purposes.

2. This matter arises out of a fire that occurred on January 22, 2003 at the residence of plaintiff's insured, Phyllis MacNeil, located in Woods Hole, Massachusetts.

3. This matter is currently scheduled for trial to commence on February 13, 2006.

4. On October 21, 2005, I was advised that Phyllis MacNeil, plaintiff's subrogor, will be in Palm Springs, California during the month of February, 2006.

5. On October 31, 2005, I learned that Ms. MacNeil will be leaving for Palm Springs, California on January 1, 2006 and returning on March 31, 2006.

6.  I have approached Bradford N. Louison, Esquire, counsel for Intercity Alarms, requesting to take Ms. MacNeil's video deposition for trial purposes. During this conversation, Attorney Louison advised me that Intercity Alarms would not object to a continuance of the scheduled trial date, but Intercity Alarms would object to taking Ms. MacNeil's video deposition for trial purposes.

COZEN O'CONNOR

BY: *[signature] John R. _____*
1900 Market Street
Philadelphia, PA  19103
215-665-2068

Dated: 11/3/5