IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE CO., as subrogee of PHYLLIS MACNEIL, | : : | |
|     Plaintiff, | : : | |
| v. | : : | |
| INTERCITY ALARMS, INC., | : | C. A. No. 03-CV-12463-RGS |
|     Defendant/Third-Party Plaintiff, | : : | |
| v. | : : | |
| JOHN VOSE, | : | |
|     Third-Party Defendant. | : | |

## **AFFIDAVIT OF NORMAN H. BROOKS, JR.**

I, Norman H. Brooks, Jr., being duly sworn, depose and say:

1. I am a resident of the State of Delaware and was admitted by the Supreme Court of Delaware to the bar of the State of Delaware on March 4, 1988.

2. I am currently an associate of the law firm of Marks, O'Neill, O'Brien & Courtney, P.C., 913 North Market Street, Suite 800, Wilmington, Delaware.

3. I am a member in good standing of the bar of the State of Delaware and am duly licensed and admitted to practice law within the State of Delaware, having an attorney identification number 2568. A copy of my Certificate of Good Standing is attached hereto at Exhibit "A".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the State of Delaware or any other state.

5. My client has specifically requested that I represent its interest in this matter.

6. The nature of this action involves complex legal and factual issues in a complex

field of law with which I am familiar since I have handled these types of cases in the past.

      7.      If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts State bar in all respects as if I were regularly admitted and a licensed member of the Bar of the Commonwealth of Massachusetts in good standing.

      8.      The State of Delaware grants the privilege *Pro Hac Vice* admissions to members of the bar of Massachusetts in good standing.

      9.      I am associated and have personally appearing with me in these proceedings, Bradford N. Louison, Esquire, an attorney who is duly and legally admitted to practice in both the Commonwealth of Massachusetts and the United States District Court for Massachusetts, and upon whom service may be had in all matters connected with the above-captioned case, to any disciplinary matter arising out of same, with the same effect as if personally made on me within the State of Delaware.

      10.     I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

      /s/ Norman H. Brooks, Jr  
      Norman H. Brooks, Jr./DE I.D. No. 2568

Sworn to before me on this

18th day of January, 2006

/s/ Daniel P. Daly  
Daniel P. Daly, Esquire/DE I.D. No. 4695  
Notary/Delaware Attorney