# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Assistant Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Norman H. Brooks, Jr.** was admitted to practice as an attorney in the Courts of this State on **March 4, 1988,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 16th day of December 2005.

_Audrey F. Bacino_
Audrey F. Bacino
Assistant Clerk of the Supreme Court

