UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


GREAT NORTHER INS. CO.,

        Plaintiff,

                                          CIVIL NO. 03-12463-RGS

INTERCITY ALARMS, INC.,

        Defendant,

JOHN VOSE,

        Third Party Defendant

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE STEARNS

HILLMAN, M.J.

On __March 2, 2006__ I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer.

The case was:

( X )    Settled. Your clerk should enter a __30__ day order of dismissal.
(  )    There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(  )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive. This case should be restored to your trial list.


March 2, 2006                                    /s/ Timothy S. Hillman
Date                                              TIMOTHY S. HILLMAN
                                                       UNITED STATES MAGISTRATE JUDGE