UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GREAT NORTHERN INSURANCE CO.
    Plaintiff

v.                             CIVIL ACTION NO. 03-12463-RGS

INTERCITY ALARMS, ET AL
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                              MARCH 6, 2006

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE

BY:

                /s/ Mary H. Johnson
                Deputy Clerk

DATED:  3/6/06